| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | EDDIE R. JIMENEZ (CA SBN 231239)<br>GABRIEL OZEL (CA SBN 269098)<br>MATTHEW R.CLARK (CA SBN 271054)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6<br>7 | Attorneys for USBANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS BART 2006-1 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DAVID CHARLES SUCKOW ,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-45952<br><br>Chapter 13<br><br>R.S. No. CJR-667<br><br>**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**<br><br>DATE: April 16, 2010<br>TIME: 11:00 AM<br>CTRM: 201<br><br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

I, __Teressa J. Williams__, declare as follows:

1. I am over 18 years of age and am employed as a <u>VP of Loan Documentation</u> of Wells Fargo Home Mortgage a division of Wells Fargo Bank, N.A. ("WFHM"). In such capacity, I am authorized to make this declaration regarding the loan (the "Loan") that is the subject of USBank National Association, as Trustee for Bear Stearns BART 2006-1's Order Granting Adequate Protection (the "Order") entered in the instant case.

2. I have access to WFHM's books and records regarding the Loan, including WFHM's servicing records and copies of the applicable Loan documents. I am familiar with the manner in

- 1 -

DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION
Case: 09-45952    Doc# 59    Filed: 05/03/11    Entered: 05/03/11 10:27:57    Page 1 of 2
Matter ID: 000014-012513-M                                                  Case No. 09-45952

which WFHM maintains its books and records, including computer records relating to the servicing of the Loan. WFHM's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by WFHM in the regular course of WFHM's business. WFHM relies on such records in the ordinary course of its business.

3. The Order was entered in the instant case on May 6, 2010, which conditions the continuation of the automatic stay in this case on the performance by David Charles Suckow ("Debtor") and Shauna M. Suckow (collectively the "Borrowers") of certain obligations for the benefit of USBank National Association, as Trustee for Bear Stearns BART 2006-1. A true and correct copy of the Order is attached hereto as **Exhibit A** and incorporated herein by reference.

4. The Debtor defaulted upon his obligations under the Order by failing to make the payments due the January 1, 2011 post-petition payment in the amount of $3,033.31.

5. USBank National Association, as Trustee for Bear Stearns BART 2006-1 caused a notice of default (the "Notice") identifying the default referenced in paragraph 4 to be served on the Debtor on February 2, 2011. A true and correct copy of the Notice is attached hereto as **Exhibit B**.

6. The February 1, 2011, post-petition payment in the amount of $3,033.31 and the February 15, 2011, additional payment in the amount of $646.22 are also now in default. Additionally, USBank National Association, as Trustee for Bear Stearns BART 2006-1 has incurred attorneys' fees in the amount of $150.00 incident to the preparation of this declaration and the corresponding proposed order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Fortmill, SC, this 20 day of April, 2011.

Teressa J. Williams
*Print Declarant's Name*

*Signature of Declarant*
VP of Loan Documentation

- 2 -

DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION
Case: 09-45952    Doc# 59    Filed: 05/03/11    Entered: 05/03/11 10:27:57    Page 2 of 2
Matter ID: 000014-012513-M
Case No. 09-45952